UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11396 JLT

AGA FLAGSHIP CORP.

v.

FLAGSHIP GROUP LIMITED and
BROWN & BROWN, INC.

## NOTICE OF APPEARANCE

Please enter the appearance of Michael J. Stone and Patrick J. Dolan as counsel for the defendants, Flagship Group Limited and Brown & Brown, Inc., in the above-entitled action.

FLAGSHIP GROUP LIMITED and
BROWN & BROWN

By their attorneys

Michael J. Stone, Esq.
BBO # 482060
Patrick J. Dolan, Esq.
BBO # 564250
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 973-6100

## CERTIFICATE OF SERVICE

I, Michael J. Stone, hereby certify that on this _17th_ day of August, 2005, I served the above document by first-class mail, postage prepaid on Joseph E. Abromovitz, Esq., 858 Washington Street, 3rd Floor, Dedham, MA 02026.

Michael J. Stone

PABOS2:MSTONE:620697_1