AO 440A (8/87) Notice and Acknowledgment F... ervice by Mail

# United States District Court

_____ DISTRICT OF _____

AGA Fishing Corp.
v.
Flagship Group, LTD and
Brown & Brown, Inc.

**NOTICE AND ACKNOWLEDGMENT
FOR SERVICE BY MAIL**

CASE NUMBER:

### NOTICE

To: Brown & Brown, 220 S. Ridgewood Ave., Daytona Beach, FL
*Name and Address of Person to be Served*

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 7/13/05.
*Date*

_____
*Signature of Sender*

Joseph G. Abromovitz       858 Washington St., Dedham, MA 02026
*Name of Sender*            *Address of Sender*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on 7/18/05 at Peabody & Arnold, 30 Rowes Wharf, Boston, MA 02110
*Date of Receipt*        *Address*

8/12/05
*Date of Signature*        *Signature*

Michael J. Stone            Attorney for Flagship Group Ltd. and
*Name (Please Type or Print)*   Brown & Brown, Inc.
                            *Relationship of Entity Served or Authority
                            to Receive Service of Process*

Peabody & Arnold
30 Rowes Wharf
*Current Address*
Boston, MA 02110