AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

---DISTRICT OF---

AGA Fishing Corp.

v.

Flagship Group, LTD and Brown & Brown, Inc.

NOTICE AND ACKNOWLEDGMENT
FOR SERVICE BY MAIL

CASE NUMBER:

**NOTICE**

TO: Flagship Group, LTD, 5000 World Trade Center, Norfolk, VA
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 7/13/05.
                                                          Date

_Signature of Sender_

Joseph G. Abromovitz    858 Washington Street, Dedham, MA 02026
Name of Sender                Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on
7/18/05         at Peabody & Arnold, 30 Rowes Wharf, Boston, MA 02110
Date of Receipt           Address

8/12/05
Date of Signature                                    Signature

Michael J. Stone                            Attorney for Flagship Group, Ltd. and
Name (Please Type or Print)                 Relationship of Entity Served or Authority
Peabody & Arnold, LLP                               to Receive Service of Process
30 Rowes Wharf                              Brown & Brown, Inc.
Current Address
Boston, MA 02110