UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11396 JLT

AGA FLAGSHIP CORP.

v.

FLAGSHIP GROUP LIMITED and
BROWN & BROWN, INC.

## CORPORATE DISCLOSURE OF FLAGSHIP GROUP LIMITED

Pursuant to Fed. R. Civ. P. Rule 7.1, Flagship Group Limited represents that it is a w/h owned subsidiary of the co-defendant, Brown & Brown, Inc.

Respectfully submitted,
FLAGSHIP GROUP LIMITED

By its attorneys

*/s/ Michael J. Stone*

Michael J. Stone, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 973-6100

## CERTIFICATE OF SERVICE

I, Michael J. Stone, hereby certify that on this 14th day of September, 2005, I served the above document by first-class mail, postage prepaid on Joseph E. Abromovitz, Esq., 858 Washington Street, 3rd Floor, Dedham, MA 02026

*/s/ Michael J. Stone*

Michael J. Stone

PABOS2:MSTONE:620667_1