UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11396 JLT

AGA FLAGSHIP CORP.

v.

FLAGSHIP GROUP LIMITED and
BROWN & BROWN, INC.

## CORPORATE DISCLOSURE OF BROWN & BROWN, INC.

Pursuant to Fed. R. Civ. P. Rule 7.1, Brown & Brown, Inc. represents that it is a publicly traded company (New York Stock Exchange "BRO") and to the best of its knowledge it is unaware of any publicly held company owning 10% or more of its stock.

Respectfully submitted,
BROWN & BROWN, INC.

By its attorneys

Michael J. Stone, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 973-6100

## CERTIFICATE OF SERVICE

I, Michael J. Stone, hereby certify that on this 14th day of September, 2005, I served the above document by first-class mail, postage prepaid on Joseph E. Abromovitz, Esq., 858 Washington Street, 3rd Floor, Dedham, MA 02026.

Michael J. Stone

PABOS2:MSTONE:620668_1