## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11396 JLT

**AGA FISHING CORP.**

v.

**FLAGSHIP GROUP LIMITED and
BROWN & BROWN, INC.**

## JOINT STATEMENT

Now come the parties pursuant to Local Rule 16.1 and this court's Order dated October 27, 2005, and respectfully submit this joint statement.

**A.    Proposed Pretrial Schedule and Discovery Plan**

1. All interrogatories and requests for production of documents shall be served on or before January 15, 2006.

2. All depositions (except *de bene esse*) and expert depositions shall be concluded on or before June 15, 2006.

3. Joinder of additional parties shall be sought on or before July 15, 2006.

4. The plaintiff's expert report(s), if any, pursuant to Fed. R. Civ. P. 26(a)(2), shall be due on or before July 31, 2006.

5. The defendants' expert report(s), if any, pursuant to Fed. R. Civ. P. 26(a)(2), shall be due on or before August 31, 2006.

6. Dispositive motions shall be made on or before September 30, 2006.

7.  Pretrial conference shall occur during January, 2007.

B.  **Trial By Magistrate**

1.  The parties will consider trial by magistrate.

C.  **Certification**

1.  The defendants' Rule 16.1 certification has been filed. The plaintiff will file its Rule 16.1 certification on or before the date of the Scheduling Conference.

| | |
|---|---|
| The Plaintiff,<br>By its attorney, | The Defendants,<br>By their attorneys, |
| JOSEPH G. ABROMOVITZ, P.C. | PEABODY & ARNOLD, LLP |
| /s/ Joseph G. Abromovitz<br>Joseph G. Abromovitz, BBO# 011420<br>JOSEPH G. ABROMOVITZ, P.C.<br>858 Washington Street, 3rd Floor<br>Dedham, MA  02026<br>(781) 329-1080 | /s/ Patrick J. Dolan<br>Michael J. Stone, BBO# 482060<br>Patrick J. Dolan, BBO#564250<br>PEABODY & ARNOLD LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 951-2100 |

Dated:  November 29, 2005

PABOS2:PDOLAN:627252_1
14811-91372