UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11396 JLT

AGA FLAGSHIP CORP.

v.

FLAGSHIP GROUP LIMITED and
BROWN & BROWN, INC.

**DEFENDANTS FLAGSHIP GROUP LIMITED AND BROWN & BROWN, INC.'S RULE 26 INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2(A) of the local rules, the defendants, Flagship Group Limited ("Flagship") and Brown & Brown, Inc. ("Brown & Brown") make the following initial disclosures. These disclosures are based on information currently known to the defendants. The defendants reserve the right to supplement these disclosures as provided for by Rule 26(e) of the Federal Rules of Civil Procedure.

A.   Individuals with Knowledge of Discoverable Information

The following individuals are likely to have discoverable information that the defendant may use to support its defenses. In identifying the following individuals, the defendant does not intend to waive any otherwise applicable privileges or the right later to designate additional names.

| NAME | SUBJECTS OF INFORMATION |
| --- | --- |
| Lisa Rawles, CISR<br>Flagship Group Ltd.<br>5000 World Trade Center<br>Norfolk, VA 23510 | Communications with Antoinette Jones and George Jones of AGA Fishing, Inc. |
| Jarray Shervo<br>Marine Safety Consultants, Inc. | Inspection of the vessel. |

| | |
|---|---|
| David Dubois<br>Marine Safety Consultants, Inc. | Inspection of the vessel. |
| Dana Seagrest<br>Underwriting Assistant<br>GM Marine, Inc.<br>Paragon Center One<br>450 Gears Road, Suite 750<br>Houston, TX 77067 | AGA Fishing, Inc. Policy No. 121802219. |
| Paul Williamson<br>GM Marine, Inc.<br>Paragon Center One<br>450 Gears Road, Suite 750<br>Houston, TX 77067 | Renewal of insurance policy/issuance of insurance policy. |
| Jack Devnew<br>Address to be provided | Renewal/issuance of insurance policy. |
| Desmond Connelly<br>Independent Marine Services, Inc.<br>P.O. Box 621<br>Buzzards Bay, MA 02532 | A 2000 survey of the vessel. |
| Thomas Muzyka<br>Clinton & Muzyka, P.C.<br>One Washington Mall, Suite 1400<br>Boston, MA 02108 | Victor Capaldi personal injury claim and the defense of AGA Fishing Corp. |
| Joseph A. Regan<br>Regan & Kiely LLP<br>85 Devonshire Street<br>Boston, MA 02109 | Victor Capaldi personal injury claim. |
| Pamela Lafreniere<br>888 Purchase Street, Suite 217<br>New Bedford, MA 02740 | Representation of AGA Fishing Corp. and the Victor Capaldi personal injury claim. |
| Nancy Nixon<br>Walters Nixon Group, Inc.<br>123 North Union Avenue, Suite 105<br>Cranford, NJ 07016 | Adjustment of Victor Capaldi personal injury claim. |
| Janice Nixon<br>Spectrum | Analysis of settlement value of Capaldi's personal injury claim. |
| Lev Osman<br>Osprey Underwriting Agency Ltd. | Victor Capaldi personal injury claim. |

| | |
|---|---|
| Asia House, 31-33 Lime Street<br>London | |

B.  Documents That May be Used in Support of Defenses

All non-privileged relevant documents that are in the custody, possession, or control of the defendants will be made available for review and reproduction shortly. To the extent that other documents exist that are relevant to the defenses in this case, the defendants will supplement these disclosures if additional documents are located.

C.  Computation of Damages

Not applicable.

D.  Insurance Agreements

A copy of an insurance agreement will be made available for review and reproduction.

Respectfully submitted,
**FLAGSHIP GROUP LIMITED and BROWN & BROWN, INC.**

/s/ Patrick J. Dolan
Michael J. Stone, BBO# 482060
Patrick J. Dolan, BBO#564250
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

3

## **CERTIFICATE OF SERVICE**

    I, Patrick J. Dolan, hereby certify that on this 29th day of November, 2005, I served the above document by first-class mail, postage prepaid on Joseph G. Abromovitz, Esq., 858 Washington Street, 3rd Floor, Dedham, MA  02026.

                                          /s/ Patrick J. Dolan
                                          Patrick J. Dolan

PABOS2:PDOLAN:626402_1
14811-91372