UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11396 JLT

AGA FLAGSHIP CORP.

v.

FLAGSHIP GROUP LIMITED and
+BROWN & BROWN, INC.

## LOCAL RULE 16.1 CERTIFICATION BY THE DEFENDANTS

The Defendants and their counsel hereby certify to this Court that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

FLAGSHIP GROUP LIMITED and
BROWN & BROWN
By their attorneys

*[signature]*

Michael J. Stone, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 973-6100

*[signature]*

FLAGSHIP GROUP LIMITED and
BROWN & BROWN, INC.

By:   Mark E. King, Esq.
      Assistant General Counsel
      Brown & Brown, Inc.

### CERTIFICATE OF SERVICE

I, Michael J. Stone, hereby certify that on this ___ day of November, 2005, I served the above document by first-class mail, postage prepaid on Joseph E. Abromovitz, Esq., 858 Washington Street, 3rd Floor, Dedham, MA 02026.

*[signature]*

Michael J. Stone

PABOS2:MSTONE:620677_1

2