UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11396 JLT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
AGA FISHING CORP.                      \*
                                       \*
v.                                     \*
                                       \*
FLAGSHIP GROUP LIMITED and             \*
BROWN & BROWN, INC.                    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF, AGA FISHING CORP.'S RULE 26 INITIAL DISCLOSURES**

I.  **Individual With Knowledgeable/Discoverable Information**

   a.  George Jones & Antoinette Jones
       14 Green Drive, North
       Dartmouth, MA 02747
       -Principals of AGA Fishing Corp.

   b.  Jack Devnew
       Address Unknown
       -Insurance Broker for Flagship Group Limited

   c.  Victor Calpaldi
       New Bedford
       -Plaintiff in personal injury case against AGA Fishing Corp.

   d.  Attorneys Thomas Muzyka, Joseph A. Regan & Carolyn Latti
       -Attorneys involved in the underlying litigation of Victor Calpaldi v. AGA
       Fishing Corp.

II. **Documents that May be Used in Support of Claims**

   All non-privileged relevant documents that are in custody, possession or control

of the plaintiff will be made available for review and copying.  To the extent that other

documents exist that are relevant to the claims of the plaintiffs in this case the plaintiffs will supplement within the scope of Rule 26.

**III.    Computation of Damages**

As a result of the alleged wrongful conduct of the defendants the plaintiff lost its vessel and accompanying fishing permits, its only assets.  The damages incurred to date and projected into the future are calculated at $2,500,000.

| | |
|---|---|
| Dated:  December 1, 2005 | The Plaintiff, AGA FISHING CORP.,<br>By its attorney,<br>JOSEPH G. ABROMOVITZ, P.C.<br><br>s/Joseph G. Abromovitz<br><br>_____<br>Joseph G. Abromovitz<br>BBO No. 011420<br>858 Washington Street<br>Third Floor<br>Dedham, MA 02026<br>Phone: (781) 329-1080 |

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 1st day of December, 2005 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Michael J. Stone
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

                                                                        s/Joseph G. Abromovitz
                                                                        _____
                                                                        Joseph G. Abromovitz

Case 1:05-cv-11396-JLT    Document 13    Filed 12/02/2005    Page 3 of 3