UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11396 JLT

AGA FISHING CORP.

v.

FLAGSHIP GROUP LIMITED and
BROWN & BROWN, INC.

**LOCAL RULE 16.1 CERTIFICATION BY THE PLAINTIFF**

The Plaintiff and their counsel hereby certify to this Court that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4

Dated: December 6, 2005

The Plaintiff, AGA FISHING CORP.,
By its attorney,
JOSEPH G. ABROMOVITZ, P.C.

_____
Joseph G. Abromovitz
BBO No. 011420
858 Washington Street
Third Floor
Dedham, MA 02026
Phone: (781) 329-1080

*[signature: Antoinette Jones]*

AGA Fishing Corp.
By:   Antoinette Jones, President
      AGA Fishing Corp.

### CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the   day of December, 2005 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Michael J. Stone
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

*[signature]*

Joseph G. Abromovitz

Dec  1 2005 16:05   P.02
@004/004
12/02/2005 16:30 FAX 15089933117   PAMELA LAFRENIERE