UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AGA FISHING GROUP LIMITED, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11396-JLT |
| | * | |
| FLAGSHIP GROUP LIMITED and | * | |
| BROWN & BROWN, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

December 6, 2005

TAURO, J.

After a Conference held on December 6, 2005, this court hereby orders that:

1. Plaintiff may depose the following: (1) Jack Devnew; (2) Flagship Group Limited pursuant to Rule 30(b)(6); and (3) Brown & Brown, Inc. pursuant to Rule 30(b)(6);

2. Defendants may depose the following: (1) AGA Fishing Group Limited pursuant to Rule 30(b)(6); (2) Mr. Jones; and (3) Mrs. Jones;

3. All abovementioned depositions must be completed by May 31, 2006;

4. A Further Conference will be held on June 6, 2006.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge