UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AGA FISHING GROUP LIMITED, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11396-JLT |
| | * | |
| FLAGSHIP GROUP LIMITED and | * | |
| BROWN & BROWN, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

June 7, 2005

TAURO, J.

After a conference held on June 6, 2006, this court hereby orders that:

1. Plaintiff may depose the following: (1) Defendant Flagship Group Limited pursuant to Rule 30(b)(6) related to the topics discussed in the letter marked as Exhibit A at the abovementioned conference; and (2) Defendant Brown & Brown, Inc. pursuant to Rule 30(b)(6) related to the topics discussed in the letter marked as Exhibit B at the abovementioned conference;

2. Defendants may depose the following, as listed in the letter marked as Exhibit C at the abovementioned conference: (1) Bill Hart; (2) Ron Walsh; (3) Marie Lafleur; (4) Steve Bastoni of Crowley and Weaver; (5) Debbie Fernandez of Moniz Insurance; and a fellow named Carl who advised with respect to life insurance coverage;

3.  The Parties must complete the abovementioned depositions by October 31, 2006;

4.  Plaintiff has until October 31, 2006 to designate expert witnesses; and

5.  A Pretrial Conference will be held on November 27, 2006, at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge