UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11396 JLT

```
**********************************************
AGA FISHING CORP.                  *
                                   *
v.                                 *
                                   *
FLAGSHIP GROUP LIMITED and         *
BROWN & BROWN, INC.                *
```

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Now comes the Plaintiff in the above-referenced matter and pursuant to Fed.R.Civ.P. 15(a) respectfully moves this Honorable Court for leave to amend its Complaint by adding additional counts for relief against the defendants, Flagship Group, Ltd. and Brown & Brown, Inc. As grounds therefore Plaintiff states that discovery to date has elicited information upon which Plaintiff can establish a *prima facie* case of liability against both defendants on additional bases than contained within the pending Complaint.

A memo in support of this motion along with a proposed Amended Complaint containing the additional counts for relief is submitted herewith.

Dated: June 19, 2006          The Plaintiff, AGA FISHING CORP.,
                              By its attorney,
                              JOSEPH G. ABROMOVITZ, P.C.

                              s/Joseph G. Abromovitz
                              _____
                              Joseph G. Abromovitz, BBO No. 011420
                              858 Washington Street
                              Dedham, MA 02026
                              Phone: (781) 329-1080

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 19th day of June, 2006 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Michael J. Stone
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

                s/Joseph G. Abromovitz
                _____
                Joseph G. Abromovitz