UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11396 JLT

```
**********************************************
AGA FISHING CORP.                          *
                                           *
v.                                         *
                                           *
FLAGSHIP GROUP LIMITED and                 *
BROWN & BROWN, INC.                        *
**********************************************
```

**PLAINTIFF'S COUNSEL'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Now comes the plaintiff in the above referenced matter and hereby certifies to this Court that he has conferred with defendant's counsel, Michael J. Stone concerning the allowance of the within Motion to Amend the Complaint and the defendant's counsel has objected to the within motion and will be filing an opposition.

Dated: July 10, 2006

The Plaintiff, AGA FISHING CORP.,
By its attorney,
JOSEPH G. ABROMOVITZ, P.C.

s/Joseph G. Abromovitz
_____
Joseph G. Abromovitz
BBO No. 011420
858 Washington Street
Dedham, MA 02026
Phone: (781) 329-1080

## CERTIFICATE OF SERVICE

      I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 10th day of July, 2006 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Michael J. Stone  
Peabody & Arnold, LLP  
30 Rowes Wharf  
Boston, MA 02110                s/Joseph G. Abromovitz  
                                                          _____  
                                                          Joseph G. Abromovitz