UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11396 JLT

**********************************************
AGA FISHING CORP.                *
                                 *
v.                               *
                                 *
FLAGSHIP GROUP LIMITED and       *
BROWN & BROWN, INC.              *
**********************************************

## PLAINTIFF'S MOTION TO LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT

Now comes the plaintiff in the above referenced matter and pursuant to Local Rule 7.1(B)(3) respectfully move this Honorable Court for leave to file a short reply brief to the arguments advanced in "Defendants' Opposition to Plaintiff's Motion to Amend Complaint." The reply brief will be no longer than 3-5 pages.

Dated: July 25, 2006

The Plaintiff, AGA FISHING CORP.,
By its attorney,
JOSEPH G. ABROMOVITZ, P.C.

s/Joseph G. Abromovitz
_____
Joseph G. Abromovitz
BBO No. 011420
858 Washington Street
Dedham, MA 02026
Phone: (781) 329-1080

## CERTIFICATE OF SERVICE

      I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 25th day of July, 2006 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Michael J. Stone  
Peabody & Arnold, LLP  
30 Rowes Wharf  
Boston, MA 02110                    s/Joseph G. Abromovitz  
                                                      _____  
                                                      Joseph G. Abromovitz