UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AGA FISHING CORP.<br><br>    v.<br><br>FLAGSHIP GROUP LIMITED and<br>BROWN & BROWN, INC. | CIVIL ACTION NO.: 05-11396 JLT |

**CERTIFICATE PURSUANT TO RULE 7.1 OF THE LOCAL RULES OF THE
UNITED STATE DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

The undersigned hereby certifies, pursuant to Rule 7.1 of the Local Rules of the United Stated District Court for the District of Massachusetts, that counsel for Brown & Brown has conferred with counsel for the plaintiff regarding the issues in Brown & Brown's Motion for a Protective Order and have attempted in good faith to resolve or narrow said issues. However, counsel were unable to reach an agreement regarding said issues and counsel believes the plaintiff will file an opposition to this motion.

                                                              Respectfully submitted,
                                                              BROWN & BROWN, INC.,
                                                              By its attorneys,


                                                              /s/ Patrick J. Dolan
                                                              Michael J. Stone, BBO# 482060
                                                              Patrick J. Dolan, BBO#564250
                                                              PEABODY & ARNOLD LLP
                                                              30 Rowes Wharf
                                                              Boston, MA 02110
                                                              (617) 951-2100

Dated:  August 25, 2006

2

**CERTIFICATE OF SERVICE**

       I, Patrick J. Dolan, hereby certify that on this 25th day of August, 2006, I served the within document by causing a copy thereof to be sent electronically to the registered participants in this case and paper copies mailed via first class mail, postage prepaid, to the non-registered participants in this case, if any, as identified on the Notice of Electronic Filing.

                                                       /s/ Patrick J. Dolan
                                                       Patrick J. Dolan

644373_1
14811-91372