UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AGA FISHING CORP.<br><br>v.<br><br>FLAGSHIP GROUP LIMITED and<br>BROWN & BROWN, INC. | CIVIL ACTION NO.: 05-11396 JLT |

## JOINT MOTION TO EXTEND DISCOVERY SCHEDULE AND CONTINUE STATUS CONFERENCE

The parties jointly move to extend the discovery schedule for ninety (90) days through and including January 31, 2007, and to reschedule the status conference from November 27, 2006, to a date in February or March, 2007.

As grounds therefore, the parties submit the following:

1. The parties have had personal medical issues which have impacted upon the time that they could devote to completing the discovery in this matter. Plaintiff's counsel's wife is scheduled to have cancer surgery on September 18, 2006, and may require his assistance for some period of time.

2. The Plaintiff's Motion to amend its Complaint has been recently allowed and discovery of the issues raised in the amended complaint require attention and will require additional out of state depositions in Florida and Virginia.

3. Plaintiff's counsel has been scheduled for a trial at the end of September and another trial at the beginning of November which has been specially assigned and which requires de bene depositions of trial witnesses beyond the subpoena jurisdiction of the State Court during the month of October.

4. Defendant's counsel has also been scheduled for trial at the beginning of November in a matter that will require substantial preparation during the month of October.

2

5. The parties have worked diligently towards scheduling and completing the discovery but their personal circumstances as well as trial commitments have resulted in the need for additional time within which conclude the discovery in this matter.

For all of the foregoing reasons, the parties respectfully request that they be given an additional ninety (90) days within which to complete the discovery and have the status conference in this matter continued to a date in February or March of 2007.

| | |
|---|---|
| Respectfully submitted,<br>AGA FISHING CORP.<br>By its attorney, | Respectfully submitted,<br>BROWN & BROWN, INC.,<br>By its attorneys, |
| /s/Joseph G. Abromovitz<br>Joseph G. Abromovitz, BBO# 011420<br>858 Washington Street, 3rd Floor<br>Dedham, MA  02026<br>(781) 329-1080 | /s/Michael J. Stone<br>Michael J. Stone, BBO# 482060<br>PEABODY & ARNOLD LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 951-2100 |

DATED: September 12, 2006

PABOS2:MSTONE:645111_1
14811-91372

**CERTIFICATE OF SERVICE**

      I, Michael J. Stone, hereby certify that on this 12th day of September, 2006, I served the within document by causing a copy thereof to be sent electronically to the registered participants in this case and paper copies mailed via first class mail, postage prepaid, to the non-registered participants in this case, if any, as identified on the Notice of Electronic Filing.

      /s/ Michael J. Stone
Michael J. Stone, Esq.

PABOS2:MSTONE:645111_1
14811-91372