**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **AGA FISHING CORP.,**<br>                 **Plaintiff**<br><br>**v.**<br><br>**FLAGSHIP GROUP LIMITED and**<br>**BROWN & BROWN, INC.,**<br>                 **Defendants** | **CIVIL ACTION NO. 05-11396 JLT** |

## NOTICE OF APPEARANCE OF TERRI L. PASTORI

Please enter the appearance of Terri L. Pastori as co-counsel for the Defendants, Flagship

Group Limited and Brown & Brown, Inc., in the above-captioned matter.

Respectfully submitted,

FLAGSHIP GROUP LIMITED and
BROWN & BROWN

By their attorneys,

 /s/ Terri L. Pastori
Michael J. Stone, Esq., BBO # 482060
Terri L. Pastori, Esq., BBO #635323
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2041

### CERTIFICATE OF SERVICE

I, Terri L. Pastori, hereby certify that on this 14th day of November, 2006, the foregoing document was served on counsel for the plaintiff, Joseph E. Abromovitz, Esquire, by electronic mail.


/s/ Terri L. Pastori
Terri L. Pastori


PABOS2:TPASTOR:649389_1
14811-91372