UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AGA FISHING CORP.,<br>    Plaintiff<br><br>v.<br><br>FLAGSHIP GROUP LIMITED and<br>BROWN & BROWN, INC.,<br>    Defendants | CIVIL ACTION NO. 05-11396 JLT |

## NOTICE OF WITHDRAWAL OF PATRICK J. DOLAN

Please withdraw the appearance of Patrick J. Dolan, Esquire as co-counsel for the Defendants, Flagship Group Limited and Brown & Brown, Inc., in the above-captioned matter.

        Respectfully submitted,

        FLAGSHIP GROUP LIMITED and
        BROWN & BROWN

        By their attorneys,

        /s/ Terri L. Pastori
        Michael J. Stone, Esq., BBO # 482060
        Terri L. Pastori, Esq., BBO #635323
        Peabody & Arnold, LLP
        30 Rowes Wharf
        Boston, MA 02110
        (617) 951-2041

## **CERTIFICATE OF SERVICE**

     I, Terri L. Pastori, hereby certify that on this 14th day of November, 2006, the foregoing document was served on counsel for the plaintiff, Joseph E. Abromovitz, Esquire, by electronic mail.

                                         /s/ Terri L. Pastori
                                         Terri L. Pastori

PABOS2:TPASTOR:649389_1
14811-91372