UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AGA FISHING GROUP LIMITED, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11396-JLT |
| | * | |
| FLAGSHIP GROUP LIMITED and | * | |
| BROWN & BROWN, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

March 20, 2007

TAURO, J.

After a conference held on March 20, 2007, this court hereby orders that:

1. Defendants shall designate their experts by May 21, 2007.

2. Defendants may serve the requested subpoenas.

3. No further discovery, including expert depositions, shall be conducted without leave of the court.

4. Parties may move for Summary Judgment at any time.

5. Plaintiff shall promptly file a motion for a ruling on the question of the applicable measure of damages.

6. Trial will commence June 25, 2007, at 10:00 am.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge