# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AGA FISHING CORP.,**<br>    **Plaintiff**<br><br>**v.**<br><br>**FLAGSHIP GROUP LIMITED and**<br>**BROWN & BROWN, INC.,**<br>    **Defendants** | **CIVIL ACTION NO. 05-11396 JLT** |

## ASSENTED-TO MOTION OF THE DEFENDANTS TO RESCHEDULE TRIAL TO AUGUST 6, 2007 DUE TO SCHEDULING CONFLICTS OF WITNESSES

The Court held a pretrial conference in this case on March 20, 2007 and scheduled the trial to begin on June 25, 2007. Two of the defendants' anticipated witnesses, Christopher Burns, the current general manager and an Executive Vice President of the Defendant Flagship Group Limited ("Flagship") and Steve Johnsen, a former owner of Flagship and a current Executive Vice President, are unavailable the week of June 25, 2007 due to a prebooked business trip to London. Based on the foregoing, the defendants respectfully request that the trial date be rescheduled to begin on August 6, 2007, which is the first conflict free week of the fact and expert witnesses of both the plaintiff and the defendants. The plaintiff assents to the relief requested in this motion.

2

| ASSENTED TO: | Respectfully submitted, |
|---|---|
| The Plaintiff,<br>By its attorney, | The Defendants,<br>By their attorneys, |
| JOSEPH G. ABROMOVITZ, P.C. | PEABODY & ARNOLD, LLP |
| __/s/ Joseph G. Abromovitz_____<br>Joseph G. Abromovitz, BBO# 011420<br>JOSEPH G. ABROMOVITZ, P.C.<br>858 Washington Street, 3rd Floor<br>Dedham, MA  02026<br>(781) 329-1080 | _   /s/ Terri L Pastori    _<br>Michael J. Stone, BBO# 482060<br>Terri L. Pastori, BBO#635323<br>PEABODY & ARNOLD LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 951-2100 |

## CERTIFICATE OF SERVICE

I, Terri L. Pastori, hereby certify that on this 30th day of March 2007, the foregoing document was served on counsel for the plaintiff, Joseph G. Abromovitz, Esquire, Law Offices of Joseph G. Abromovitz, P.C., 858 Washington Street, 3rd Floor, Dedham, MA 02026, by electronic mail.

                                                             */s/ Terri L. Pastori*
                                                             Terri L. Pastori

PABOS2:TPASTOR:658380_1
14811-91372