# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AGA FISHING CORP.,<br>        Plaintiff<br><br>v.<br><br>FLAGSHIP GROUP LIMITED and<br>BROWN & BROWN, INC.,<br>        Defendants | CIVIL ACTION NO. 05-11396 JLT |

### AFFIDAVIT OF TERRI L. PASTORI IN SUPPORT OF DEFENDANTS, FLAGSHIP GROUP LIMITED AND BROWN & BROWN, INC., RESPONSE TO PLAINTIFF'S DAMAGE MEMORANDUM

I, Terri L. Pastori, hereby depose under oath and state as follows:

1.     I am an attorney in good standing, and admitted to practice before the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, among other courts.

2.     I am partner in the law firm of Peabody & Arnold LLP, and I am an attorney for the Defendants, Flagship Group Limited and Brown & Brown, Inc., in this matter.

3.     Exhibit A to the Defendants' Response to the Plaintiff's Damage Memorandum is a true and accurate copy of a document captioned Motion for Approval of Settlement in Capaldi v. AGA Fishing Corp., which I obtained from the Court's website.

4.     Exhibit B to the Defendants' Response to the Plaintiff's Damage Memorandum is a true and accurate copy of George Jones' Deposition Exhibits 6, 10, and 12.

5.     Exhibit C to the Defendants' Response to the Plaintiff's Damage Memorandum is a true and accurate copy of excerpts from George Jones' Deposition Transcript.

     6.     Exhibit D attached to the Defendants' Response to the Plaintiff's Damage Memorandum is a true and accurate copy of the U.S. Marshall's Bill of Sale of the F/V GEORGIE J., which I obtained from the Court's website in case 1:04-cv-10843-JLT.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11th DAY OF APRIL 2007.

                                         /s/ Terri L. Pastori
                                         Terri L. Pastori

## **CERTIFICATE OF SERVICE**

    I, Terri L. Pastori, hereby certify that on this 11th day of April 2007, the foregoing document was served on counsel for the plaintiff, Joseph E. Abromovitz, Esquire, Law Offices of Joseph G. Abromovitz, P.C., 858 Washington Street, 3rd Floor, Dedham, MA 02026, by electronic mail.

                                            /s/ Terri L. Pastori
                                            Terri L. Pastori