UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11396 JLT

```
************************************************
AGA FISHING CORP.                      *
                                       *
v.                                     *
                                       *
FLAGSHIP GROUP LIMITED and             *
BROWN & BROWN, INC.                    *
************************************************
```

PLAINTIFF'S CORRECTION TO FOOTNOTE 5 OF
"PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS CLAIM THAT
CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, IS THE
APPROPRIATE MEASURE OF DAMAGES"

In reviewing the memoranda of law filed by both parties concerning the proper scope of damages plaintiff's counsel realized that some of the text of footnote 5 was inadvertently omitted. Footnote 5 of Plaintiff's Memorandum is intended to read as follows:

> "The proper measure of damages in an action against an agent for failure to procure insurance is the amount that would have been due under the policy if it had been obtained, plus any consequential damages resulting from agent's breach of duty, and punitive damages where the agent acted fraudulently and with actual malice, or reckless disregard." (<u>Couch On Insurance</u>, 3d § 6.74 3ed 1995).

Plaintiff respectfully requests that this correction be added to Plaintiff's Memorandum of Law.

Dated: April 13, 2007	Respectfully submitted
	The Plaintiff, AGA FISHING CORP.,
	By its attorney,
	JOSEPH G. ABROMOVITZ, P.C.

	s/Joseph G. Abromovitz
	_____
	Joseph G. Abromovitz
	BBO No. 011420
	858 Washington Street, Third Floor
	Dedham, MA 02026
	Phone: (781) 329-1080

CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 13th day of April, 2007 I served a copy of the within document via postage prepaid mail to

Michael J. Stone
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

	s/Joseph G. Abromovitz
	_____
	Joseph G. Abromovitz