UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AGA FISHING CORP.,<br>    Plaintiff<br><br>v.<br><br>FLAGSHIP GROUP LIMITED and<br>BROWN & BROWN, INC.,<br>    Defendants | CIVIL ACTION NO. 05-11396 JLT |

**MOTION OF THE DEFENDANTS, FLAGSHIP GROUP LIMITED AND BROWN & BROWN, INC., FOR SUMMARY JUDGMENT**

  Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants, Flagship Group Limited ("Flagship") and Brown & Brown, Inc. ("Brown & Brown"), move for summary judgment on the Plaintiff, AGA Fishing Corp.'s complaint. AGA claims that Flagship, its marine insurance broker, failed to advise it as to the proper limit of Protection & Indemnity insurance ("P&I insurance"), and as a result AGA claims that it lost its vessel F/V GEORGIE J. and fishing permit because it did not have sufficient P&I insurance to cover a personal injury claim by a crew member.

  As explained in Flagship and Brown & Brown's Memorandum of Law filed simultaneously herewith, there are no genuine issues of material fact and they are entitled to judgment as a matter of law on all counts in the Complaint. AGA's negligence based claims (Counts I and II) fail because Flagship did not have a duty to provide advice to AGA concerning the limits of its P&I insurance coverage. Additionally, summary judgment should enter on the negligence counts because the damages AGA seeks are barred by the economic loss doctrine and are duplicative. Flagship is entitled to summary judgment on AGA's claim for misrepresentation

(Count III) and alleged violations of Massachusetts General Laws Chapter 93A (Count IV) because Flagship's broker was a licensed producer in Massachusetts during the relevant timeframe and there is no causal connection between the licensing and any harm to AGA. AGA's claim for alleged violations of Chapter 176D (Count V) fails because AGA does not have a private right of action under Chapter 176D. Finally, Brown & Brown is entitled to summary judgment on AGA's claims for vicarious liability and negligent supervision (Count VI and VII) because AGA's underlying claims against Flagship fail.

In further support of this Motion, and incorporated herein by reference, Flagship and Brown & Brown rely on the following documents: (1) Memorandum of the Defendants, Flagship Group Ltd. and Brown & Brown, Inc. in support of their Motion for Summary Judgment; (2) Local Rule 56.1 Statement of Undisputed Facts and; (3) Affidavit of Terri L. Pastori.

Flagship and Brown & Brown respectfully request that this Court grant their Motion for Summary Judgment on all counts in AGA's complaint and grant such other relief as the Court deems just and equitable.

REQUEST FOR ORAL ARGUMENT

Flagship and Brown & Brown respectfully request a hearing on their Motion for Summary Judgment.

                                        Respectfully submitted,

                                        FLAGSHIP GROUP LIMITED and
                                        BROWN & BROWN, INC.,

                                        By their attorneys,

                                        /s/ Terri L. Pastori
                                        Michael J. Stone, Esq., BBO # 482060
                                        Terri L. Pastori, Esq., BBO #635323
                                        Peabody & Arnold, LLP
                                        30 Rowes Wharf
                                        Boston, MA 02110
                                        (617) 951-2041

Dated: May 29, 1997

## CERTIFICATION

I certify pursuant to Local Rule 7.1 that counsel for the parties conferred on May 29, 2007 and attempted in good faith to narrow or resolve the issues raised in this motion and were unable to do so.

                                        /s/ Terri L. Pastori
                                        Terri L. Pastori

## **CERTIFICATE OF SERVICE**

    I, Terri L. Pastori, hereby certify that on this 29th day of May 2007, the foregoing document was served on counsel for the plaintiff, Joseph E. Abromovitz, Esquire, Law Offices of Joseph G. Abromovitz, P.C., 858 Washington Street, 3rd Floor, Dedham, MA  02026, by electronic mail.

                                         /s/  Terri L. Pastori
                                        Terri L. Pastori

PABOS2:TPASTOR:661968_1
9999-99999