UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11396 JLT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| AGA FISHING CORP. | \* |
| | \* |
| v. | \* |
| | \* |
| FLAGSHIP GROUP LIMITED and | \* |
| BROWN & BROWN, INC. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION TO ENLARGE TIME FOR FILING OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff in the above referenced matter and respectfully moves this Honorable Court to enlarge until June 19, 2007 the time within which to file an opposition to Defendants' Motion. As grounds therefore plaintiff's counsel states the following:

(1) That the defendants' motion was filed on May 29, 2007. That per Local Rule 7.1 plaintiff's opposition is currently due on June 12, 2007.

(2) That plaintiff's counsel had been scheduled to start trial in Brockton Superior Court on June 6, 2007 and was devoting his time and energy toward preparation for that trial. That case settled and since that time plaintiff's counsel has been diligently working on plaintiff's opposition to the within motion. However in order to do a thorough job an additional seven days is required.

(3) This is plaintiff's counsel's first request for an enlargement of time within which to prepare an opposition to the defendant's motion.

(4)     That defendant's counsel has assented to the requested extension.

(5)     That with the trial being scheduled for August 6, 2007 the requested extension will permit the filing of the within opposition ample time prior to trial for the Court to act upon same without the potential delay of a trial date.

| | |
|---|---|
| Dated:  June 6, 2007 | The Plaintiff, AGA FISHING CORP.,<br>By its attorney,<br>JOSEPH G. ABROMOVITZ, P.C. |
| | |
| | s/Joseph G. Abromovtiz<br>_____<br>Joseph G. Abromovitz<br>BBO No. 011420<br>858 Washington Street<br>Dedham, MA 02026<br>Phone: (781) 329-1080 |

Assented to:

s/Terri Pastori
_____

Terri Pastori
Michael J. Stone
Peabody & Arnold, LLP
30 Rowes Wharf

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 29th day of August, 2006 I served a copy of the within document via postage prepaid mail to the following counsel of record:

| | |
|---|---|
| Michael J. Stone<br>Peabody & Arnold, LLP<br>30 Rowes Wharf<br>Boston, MA 02110 | <br><br><br>s/Joseph G. Abromovitz<br>_____<br>Joseph G. Abromovitz |