UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11396 JLT

***********************************************
AGA FISHING CORP.               *
                                *
v.                              *
                                *
FLAGSHIP GROUP LIMITED and      *
BROWN & BROWN, INC.             *
***********************************************

AFFIDAVIT OF JOSEPH G. ABROMOVITZ IN SUPPORT OF THE OPPOSITION
TO THE MOTION OF THE DEFENDANTS, FLAGSHIP GROUP LIMITED AND
BROWN & BROWN, INC., FOR SUMMARY JUDGMENT

I, Joseph G. Abromovitz, hereby depose under oath and state as follows:

1.   I am an attorney in good standing, and admitted to practice before the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, among other courts.

2.   I am attorney for AGA Fishing Corp., in this matter.

3.   Attached hereto as Exhibit 1 are true and accurate copies of excerpts from John Devnew's deposition transcript.

4.   Attached hereto as Exhibit 2 are true and accurate copies of excerpts from Christopher Burns' deposition transcript.

5.   Attached hereto as Exhibit 3 are true and accurate copies of excerpts from Steve Johnsen's deposition transcript.

6.   Attached hereto as Exhibit 4 are true and accurate copies of excerpts from George Jones' deposition transcript.

7.      Attached hereto as Exhibit 5 is a true and accurate copy of Ronald Walsh's Affidavit.

8.      Attached hereto as Exhibit 6 are true and accurate copies of excerpts from Ronald Walsh's deposition transcript.

9.      Attached hereto as Exhibit 7 is a true and accurate copy of a page from Flagship's website.

10.     Attached hereto as Exhibit 8 are true and accurate copies of excerpts from Robert O'Sullivan's deposition transcript.

11.     Attached hereto as Exhibit 9 is a true and accurate copy of Edie Mikina's Affidavit.

12.     Attached hereto as Exhibit 10 is a true and accurate copy of Paul Amoruso's Affidavit.

13.     Attached hereto as Exhibit 11 are true and accurate copies of excerpts from Lisa Rawles' deposition transcript.

14.     Attached hereto as Exhibit 12 is a true and accurate copy of Exhibit 3 from Lisa Rawles' deposition.

15.     Attached hereto as Exhibit 13 is a true and accurate copy of George Jones' Affidavit.

16.     Attached hereto as Exhibit 14 is a true and accurate copy of Antonette Jones' Affidavit.

17.     Attached hereto as Exhibit 15 is a true and accurate copy of Exhibit 4 from Lisa Rawles' deposition.

18.     Attached hereto as Exhibit 16 are true and accurate copies of excerpts from Debra Fernandes' deposition transcript.

19.     Attached hereto as Exhibit 17 is a true and accurate copy of Exhibit 1 from Debra Fernandes' deposition.

20.     Attached hereto as Exhibit 18 is a true and accurate copy of a Flagship publication.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19TH DAY OF JUNE 2007.

                                        s/Joseph G. Abromovitz
                                        _____
                                        Joseph G. Abromovitz

CERTIFICATE OF SERVICE

    I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 19th day of June, 2007 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Michael J. Stone  
Peabody & Arnold, LLP  
30 Rowes Wharf  
Boston, MA 02110                          s/Joseph G. Abromovitz

                                                      Joseph G. Abromovitz