UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AGA FISHING GROUP LIMITED, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11396-JLT |
| | * | |
| FLAGSHIP GROUP LIMITED and | * | |
| BROWN & BROWN, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

July 30, 2007

TAURO, J.

After a Hearing held on July 26, 2007, this court hereby orders that:

1. Defendants' Motion for Summary Judgment [#41] is ALLOWED.

2. Defendants' Motion to Strike Affidavit of Ronald Walsh [#51] is DENIED AS MOOT.

3. Trial scheduled for August 6, 2007, is cancelled.

4. A Memorandum will issue.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge