UNITED STATES DISTRICT COURT
**DISTRICT OF MASSACHUSETTS**

**AGA FISHING GROUP
LIMITED,**
    **Plaintiff,**

      v.                **CA NO: 05-11396-JLT**

**FLAGSHIP GROUP LIMITED
and BROWN & BROWN, INC.,**
    **Defendants.**

### JUDGMENT

<u>TAURO,D.J.</u>

    In accordance with the Court's MEMORANDUM and ORDER of August 6, 2007 GRANTING Defendants' Motion for Summary Judgment in the above entitled action, is hereby ORDERED:

    **JUDGMENT FOR THE DEFENDANTS.**


                          /S/

                          Zita Lovett,
8/8/2007                Deputy Clerk