UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11396 JLT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
AGA FISHING CORP.                         \*
                                          \*
v.                                        \*
                                          \*
FLAGSHIP GROUP LIMITED and                \*
BROWN & BROWN, INC.                       \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION FOR RECONSIDERATION OF OR TO VACATE JUDGEMENT OF
AUGUST 8, 2007 AND REQUEST FOR ORAL ARGUMENT

Now comes the plaintiff in the above referenced matter and respectfully moves this Honorable Court alternatively, to wit, per Fed. R. Civ. P. 59(e) to reconsider the judgment entered in defendants' favor on August 8, 2007 or pursuant to Fed. R. Civ. P. 60(b) to vacate the judgment entered for the defendants on August 8, 2007.

Plaintiff's memorandum in support of this motion is filed herewith.

PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1 (D) of the Local Rules of The United States District Court for the District of Massachusetts, the plaintiff hereby requests oral argument.

Dated:  August 16, 2007                The Plaintiff, AGA FISHING CORP.
                                       By its attorney,
                                       JOSEPH G. ABROMOVITZ, P.C.

                                       s/Joseph G. Abromovitz
                                       _____
                                       Joseph G. Abromovitz, BBO No. 011420
                                       858 Washington Street, Third Floor
                                       Dedham, MA 02026
                                       Phone: (781) 329-1080

CERTIFICATE OF SERVICE

    I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 16th day of August, 2007 I served a copy of the within document via electronic mail to:

Michael J. Stone
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

                              s/Joseph G. Abromovitz
                              _____
                              Joseph G. Abromovitz