UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11396 JLT

************************************************
AGA FISHING CORP.                *
                                 *
v.                               *
                                 *
FLAGSHIP GROUP LIMITED and       *
BROWN & BROWN, INC.              *
************************************************

## NOTICE OF APPEAL

Now comes the plaintiff in the above referenced matter and hereby notices its appeal from judgment entered by this court on August 8, 2007 wherein the court entered judgment against the plaintiff and further from the court's denial of Plaintiff's "Motion for Reconsideration of or to Vacate Judgment of August 8, 2007."

Dated:  August 27, 2007

The Plaintiff, AGA FISHING CORP.
By its attorney,
JOSEPH G. ABROMOVITZ, P.C.

s/Joseph G. Abromovitz
_____
Joseph G. Abromovitz, BBO No. 011420
858 Washington Street, Third Floor
Dedham, MA 02026
Phone: (781) 329-1080

CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 27th day of August, 2007 I served a copy of the within document via electronic mail to:

Michael J. Stone
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

                                           s/Joseph G. Abromovitz
                                           _____
                                           Joseph G. Abromovitz