UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11396

AGA Fishing Corp/

v.

Flagship Group Limited and Brown & Brown, Inc.

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-57, 59, 60

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/27/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 11, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 9/12/07.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11396-JLT
## Internal Use Only

| | |
|---|---|
| AGA Fishing Group Limited v. Brown & Brown, Inc.<br>Assigned to: Judge Joseph L. Tauro<br>Cause: 28:1332 Diversity-Other Contract | Date Filed: 07/01/2005<br>Date Terminated: 08/08/2007<br>Jury Demand: Both<br>Nature of Suit: 120 Contract: Marine<br>Jurisdiction: Diversity |

**Plaintiff**

**AGA Fishing Group Limited**  represented by **Joseph G. Abromovitz**
858 Washington Street
Dedham, MA 02026
781-329-1080
Email: jga@jga-pc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brown & Brown, Inc.**  represented by **Michael J. Stone**
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100
Email: mstone@peabodyarnold.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. Dolan**
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA 02110
617-951-2100
Fax: 617-951-2125
*TERMINATED: 11/14/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terri L. Pastori**

Peabody & Arnold LLP
6th Floor
30 Rowes Wharf
Boston, MA 02110
617-951-2041
Fax: 617-951-2125
Email: tpastori@peabodyarnold.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flagship Group Limited**          represented by **Michael J. Stone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. Dolan**
(See above for address)
*TERMINATED: 11/14/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terri L. Pastori**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2005 | 1 | COMPLAINT against Flagship Group Limited, Brown & Brown, Inc. Filing fee: $ 250, receipt number 65343, filed by AGA Fishing Group Limited. (Attachments: # 1 Civil Cover Sheet)(Boyce, Kathy) (Entered: 07/06/2005) |
| 07/01/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings (Boyce, Kathy) (Entered: 07/06/2005) |
| 07/01/2005 |  | Summons Issued as to Brown & Brown, Inc., Flagship Group Limited. (Boyce, Kathy) (Entered: 07/06/2005) |
| 08/18/2005 | 2 | NOTICE of Appearance by Patrick J. Dolan, Michael J. Stone on behalf of Brown & Brown, Inc., Flagship Group Limited (Abaid, Kim) (Entered: 08/18/2005) |
| 08/22/2005 | 3 | ACKNOWLEDGEMENT OF SERVICE Executed by AGA Fishing Group Limited. Brown & Brown, Inc. served on 7/18/2005, answer due 8/8/2005. Acknowledgement filed by AGA Fishing Group Limited. (Abaid, Kim) (Entered: 08/22/2005) |

| 08/22/2005 | 4 | ACKNOWLEDGEMENT OF SERVICE Executed by AGA Fishing Group Limited. Flagship Group Limited served on 7/18/2005, answer due 8/8/2005. Acknowledgement filed by AGA Fishing Group Limited. (Abaid, Kim) (Entered: 08/22/2005) |
|---|---|---|
| 09/15/2005 | 5 | CORPORATE DISCLOSURE STATEMENT by Flagship Group Limited. (Abaid, Kim) (Entered: 09/15/2005) |
| 09/15/2005 | 6 | CORPORATE DISCLOSURE STATEMENT by Brown & Brown, Inc.. (Abaid, Kim) (Entered: 09/15/2005) |
| 09/15/2005 | 7 | ANSWER to Complaint with Jury Demand by Brown & Brown, Inc., Flagship Group Limited.(Abaid, Kim) (Entered: 09/15/2005) |
| 10/27/2005 | 8 | NOTICE of Scheduling Conference Scheduling Conference set for 12/6/2005 11:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 10/27/2005) |
| 10/27/2005 | 9 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Abaid, Kim) (Entered: 10/27/2005) |
| 11/29/2005 | 10 | JOINT STATEMENT of counsel. (Dolan, Patrick) (Entered: 11/29/2005) |
| 11/29/2005 | 11 | Document disclosure by Brown & Brown, Inc., Flagship Group Limited.(Dolan, Patrick) (Entered: 11/29/2005) |
| 11/29/2005 | 12 | CERTIFICATION pursuant to Local Rule 16.1 by Brown & Brown, Inc., Flagship Group Limited.(Dolan, Patrick) (Entered: 11/29/2005) |
| 12/02/2005 | 13 | Document disclosure by AGA Fishing Group Limited.(Abromovitz, Joseph) (Entered: 12/02/2005) |
| 12/06/2005 | 14 | CERTIFICATION pursuant to Local Rule 16.1 by AGA Fishing Group Limited.(Abaid, Kim) (Entered: 12/06/2005) |
| 12/06/2005 | 15 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. All listed depositions must be completed by May 31, 2006. A Further Conference will be held on June 6, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 12/07/2005) |
| 06/06/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro : Interim Pretrial Conference held on 6/6/2006. Additional discovery Allowed (seeorder for details); a further conference is scheduled for November 27, 2006at 10:00 a.m. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 06/06/2006) |
| 06/07/2006 | 16 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. The Parties must complete the listed depositions by October 31, 2006. Plaintiff has until October 31, 2006 to designate expert witnesses. A Pretrial Conference will be held on November 27, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 06/08/2006) |
| 06/19/2006 | 17 | MOTION to Amend *Complaint* by AGA Fishing Group Limited.(Abromovitz, Joseph) (Entered: 06/19/2006) |

| | | |
|---|---|---|
| 06/19/2006 | 18 | MEMORANDUM in Support re 17 MOTION to Amend *Complaint* filed by AGA Fishing Group Limited. (Abromovitz, Joseph) (Entered: 06/19/2006) |
| 06/19/2006 | 19 | PROPOSED AMENDED COMPLAINT against AGA Fishing Group Limited, filed by AGA Fishing Group Limited.(Abromovitz, Joseph) Modified on 6/20/2006 (Abaid, Kim). (Entered: 06/19/2006) |
| 06/20/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered 17 Motion to Amend Complaint is DENIED WITHOUT PREJUDICE to re-filing with Certification Pursuant to Local Rule 7.1(a)(2). (Abaid, Kim) (Entered: 06/20/2006) |
| 07/12/2006 | 20 | MOTION to Amend *Complaint* by AGA Fishing Group Limited.(Abromovitz, Joseph) (Entered: 07/12/2006) |
| 07/12/2006 | 21 | MEMORANDUM in Support re 20 MOTION to Amend *Complaint* filed by AGA Fishing Group Limited. (Abromovitz, Joseph) (Entered: 07/12/2006) |
| 07/12/2006 | 22 | AMENDED COMPLAINT against all defendants, filed by AGA Fishing Group Limited.(Abromovitz, Joseph) (Entered: 07/12/2006) |
| 07/12/2006 | 23 | CERTIFICATE OF CONSULTATION re 21 Memorandum in Support of Motion, 20 MOTION to Amend *Complaint*, 22 Amended Complaint by Joseph G. Abromovitz on behalf of AGA Fishing Group Limited. (Abromovitz, Joseph) (Entered: 07/12/2006) |
| 07/19/2006 | 24 | Opposition re 20 MOTION to Amend *Complaint* filed by all defendants. (Dolan, Patrick) (Entered: 07/19/2006) |
| 07/25/2006 | 25 | MOTION for Leave to File *Supplemental Memorandum in Support of Motion to Amend Complaint* by AGA Fishing Group Limited.(Abromovitz, Joseph) (Entered: 07/25/2006) |
| 07/26/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 25 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures (Abaid, Kim) (Entered: 07/31/2006) |
| 08/04/2006 | 26 | Supplemental MEMORANDUM in Support re 20 MOTION to Amend *Complaint* filed by AGA Fishing Group Limited. (Abromovitz, Joseph) (Entered: 08/04/2006) |
| 08/07/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 20 Motion to Amend Complaint. (Abaid, Kim) (Entered: 08/09/2006) |
| 08/25/2006 | 27 | MOTION for Protective Order by Brown & Brown, Inc..(Dolan, Patrick) (Entered: 08/25/2006) |
| 08/25/2006 | 28 | CERTIFICATE OF CONSULTATION re 27 MOTION for Protective Order by Brown & Brown, Inc. by Brown & Brown, Inc.. Related document: 27 MOTION for Protective Order filed by Brown & Brown, Inc.,.(Dolan, Patrick) (Entered: 08/25/2006) |

| | | |
|---|---|---|
| 08/29/2006 | 29 | Opposition re 27 MOTION for Protective Order filed by AGA Fishing Group Limited. (Abromovitz, Joseph) (Entered: 08/29/2006) |
| 08/30/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered denying 27 Motion for Protective Order (Abaid, Kim) (Entered: 08/30/2006) |
| 09/12/2006 | 30 | Joint MOTION for Extension of Time to January 31, 2007 to Complete Discovery *and reschedule status conference from November 27, 2006 to February or March, 2007* by Brown & Brown, Inc..(Stone, Michael) (Entered: 09/12/2006) |
| 09/28/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 30 Motion for Extension of Time to Complete Discovery to 1/31/07;the conference scheduled for 11/27/2006 is cancelled; a pre-trial conference will be held on March 6, 2007 at 10:00 a.m. NO FURTHER CONTINUANCES WILL BE GRANTED. (Lovett, Zita) (Entered: 09/28/2006) |
| 09/28/2006 | | Set/Reset Hearings: Pretrial Conference set for 3/6/2007 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 09/28/2006) |
| 11/14/2006 | 31 | NOTICE of Appearance by Terri L. Pastori on behalf of Brown & Brown, Inc., Flagship Group Limited (Pastori, Terri) (Entered: 11/14/2006) |
| 11/14/2006 | 32 | NOTICE of Withdrawal of Appearance by Terri L. Pastori *of Patrick J. Dolan* (Pastori, Terri) (Entered: 11/14/2006) |
| 11/14/2006 | 33 | ANSWER to Amended Complaint by Brown & Brown, Inc., Flagship Group Limited.(Pastori, Terri) (Entered: 11/14/2006) |
| 02/13/2007 | | ELECTRONIC NOTICE Resetting or Cancelling Hearing. Hearing rescheduled or cancelled: 3/6/2007 to: 3/8/2007 at 2:15 p.m. (Lovett, Zita) (Entered: 02/13/2007) |
| 03/02/2007 | 34 | JOINT PROPOSED AGENDA FOR PRETRIAL CONFERENCE by AGA Fishing Group Limited, Brown & Brown, Inc., and Flagship Group Limited. (Abromovitz, Joseph) Modified on 3/5/2007 (Abaid, Kim). (Entered: 03/02/2007) |
| 03/07/2007 | | ELECTRONIC NOTICE OF RESCHEDULING Pretrial Conference set for 3/13/2007 11:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (THE CONFERENCE SET FOR 3/8/2007 AT 2:15 IS CANCELLED)(Lovett, Zita) (Entered: 03/07/2007) |
| 03/08/2007 | | ELECTRONIC NOTICE Resetting or Cancelling Hearing. Hearing rescheduled or cancelled: 3/13/2007 to: 3/20/2007 at 10:30 a.m. (the conference set for 3/13/2007 is cancelled). (Lovett, Zita) (Entered: 03/08/2007) |
| 03/19/2007 | | ELECTRONIC NOTICE: CHANGE IN TIME: the conference set for tomorrow 3/20 is now set for 10:15 A.M. (Lovett, Zita) (Entered: 03/19/2007) |

| | | |
|---|---|---|
| 03/20/2007 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro : Final Pretrial Conference held on 3/20/2007. Trial set for June 25, 2007. (Court Reporter Marcia Patrisso.) (Lovett, Zita) (Entered: 03/20/2007) |
| 03/20/2007 | 35 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. Defendants shall designate their experts by May 21, 2007. Defendants may serve the requested subpoenas. No further discovery, including expert depositions, shall be conducted without leave of the court. Parties may move for Summary Judgment at any time. Plaintiff shall promptly file a motion for a ruling on the question of the applicable measure of damages. Trial will commence on June 25, 2007 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 03/21/2007) |
| 03/28/2007 | 36 | MEMORANDUM OF LAW by AGA Fishing Group Limited. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Abromovitz, Joseph) (Entered: 03/28/2007) |
| 03/30/2007 | 37 | Assented to MOTION to Continue Trial to August 6, 2007 *Due to Scheduling Conflicts of Witnesses* by Brown & Brown, Inc., Flagship Group Limited.(Pastori, Terri) (Entered: 03/30/2007) |
| 04/04/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 37 Motion to Continue Jury Trial set for 8/6/2007 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 04/04/2007) |
| 04/11/2007 | 38 | Response by Brown & Brown, Inc., Flagship Group Limited to 36 Memorandum of Law *For Damages and Hearing Requested*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Pastori, Terri) (Entered: 04/11/2007) |
| 04/11/2007 | 39 | AFFIDAVIT in Support re 38 Response *by Defendant to Plaintiff's Damage Memorandum*. (Pastori, Terri) (Entered: 04/11/2007) |
| 04/13/2007 | 40 | AMENDED DOCUMENT by AGA Fishing Group Limited. *Correction to Plaintiff's Memorandum of Law in Support of its Claim That Consequential Damages, Including Lost Profits, Is the Appropriate Measure of Damages.* (Abromovitz, Joseph) (Entered: 04/13/2007) |
| 05/29/2007 | 41 | MOTION for Summary Judgment by Brown & Brown, Inc., Flagship Group Limited.(Pastori, Terri) (Entered: 05/29/2007) |
| 05/29/2007 | 42 | MEMORANDUM in Support re 41 MOTION for Summary Judgment filed by Brown & Brown, Inc., Flagship Group Limited. (Pastori, Terri) (Entered: 05/29/2007) |
| 05/29/2007 | 43 | Statement of Material Facts L.R. 56.1 re 41 MOTION for Summary Judgment *(Undisputed)* filed by Brown & Brown, Inc., Flagship Group Limited. (Pastori, Terri) (Entered: 05/29/2007) |
| 05/29/2007 | 44 | AFFIDAVIT in Support re 41 MOTION for Summary Judgment *Of Terri L. Pastori* filed by Brown & Brown, Inc., Flagship Group Limited. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Pastori, Terri) (Entered: |

| | | 05/29/2007) |
|---|---|---|
| 05/30/2007 | 45 | EXHIBIT re 42 Memorandum in Support of Motion by Brown & Brown, Inc., Flagship Group Limited. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Pastori, Terri) (Entered: 05/30/2007) |
| 06/06/2007 | 46 | MOTION for Extension of Time to June 19, 2007 to file opposition to defendants' summary judgment motion by AGA Fishing Group Limited.(Abromovitz, Joseph) (Entered: 06/06/2007) |
| 06/11/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 46 Motion for Extension of Time to June 19, 2007. (Lovett, Zita) (Entered: 06/11/2007) |
| 06/18/2007 | 47 | Judge Joseph L. Tauro : ORDER entered. PROCEDURAL ORDER re Trial. Jury Trial set for 8/6/2007 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kimberly) (Entered: 06/18/2007) |
| 06/19/2007 | 48 | Statement of Undisputed Facts and Response to 41 Statement of Undisputed Material Facts filed by AGA Fishing Group Limited. (Abromovitz, Joseph) Modified on 6/20/2007 (Abaid, Kimberly). (Entered: 06/19/2007) |
| 06/19/2007 | 49 | MEMORANDUM in Opposition re 41 MOTION for Summary Judgment filed by AGA Fishing Group Limited. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18)(Abromovitz, Joseph) (Entered: 06/19/2007) |
| 06/19/2007 | 50 | AFFIDAVIT in Support re 49 Memorandum in Opposition to Motion, 48 Opposition to Motion. (Abromovitz, Joseph) (Entered: 06/19/2007) |
| 07/02/2007 | 51 | MOTION to Strike *Affidavit of Ronald Walsh* by Brown & Brown, Inc., Flagship Group Limited. (Attachments: # 1 Exhibit A)(Stone, Michael) (Entered: 07/02/2007) |
| 07/11/2007 | 52 | Opposition re 51 MOTION to Strike *Affidavit of Ronald Walsh* filed by AGA Fishing Group Limited. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Abromovitz, Joseph) (Entered: 07/11/2007) |
| 07/18/2007 | | ELECTRONIC NOTICE of Hearing :Summary Judgment Motion set for 7/26/2007 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 07/18/2007) |
| 07/26/2007 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro : Motion Hearing held on 7/26/2007 re 41 MOTION for Summary Judgment filed by Flagship Group Limited, Brown & Brown, Inc. Motion taken under advisement. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 07/26/2007) |
| 07/30/2007 | 53 | Judge Joseph L. Tauro : ORDER entered - 41 Motion for Summary Judgment is ALLOWED. 51 Motion to Strike Affidavit of Ronald Walsh is DENIED AS MOOT. Trial scheduled for August 6, 2007 is CANCELLED. A Memorandum will issue. (Abaid, Kimberly) (Entered: 07/30/2007) |

| 08/06/2007 | 54 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM.(Abaid, Kimberly) (Entered: 08/06/2007) |
|---|---|---|
| 08/08/2007 | 55 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of the Defendants (Abaid, Kimberly) (Entered: 08/08/2007) |
| 08/16/2007 | 56 | MOTION for Reconsideration re 53 Order on Motion for Summary Judgment, Order on Motion to Strike, 54 Memorandum & ORDER, 55 Judgment *and Request for Oral Argument* by AGA Fishing Group Limited.(Abromovitz, Joseph) (Entered: 08/16/2007) |
| 08/16/2007 | 57 | MEMORANDUM in Support re 56 MOTION for Reconsideration re 53 Order on Motion for Summary Judgment, Order on Motion to Strike, 54 Memorandum & ORDER, 55 Judgment *and Request for Oral Argument* filed by AGA Fishing Group Limited. (Abromovitz, Joseph) (Entered: 08/16/2007) |
| 08/20/2007 | 58 | *SEALED* UNEDITED STENO FILE of Motion Hearing held on July 26, 2007 before Judge Tauro. Court Reporter: Carol Lynn Scott. (Scalfani, Deborah) (Entered: 08/20/2007) |
| 08/22/2007 | 59 | Opposition re 56 MOTION for Reconsideration re 53 Order on Motion for Summary Judgment, Order on Motion to Strike, 54 Memorandum & ORDER, 55 Judgment *and Request for Oral Argument* filed by Brown & Brown, Inc., Flagship Group Limited. (Pastori, Terri) (Entered: 08/22/2007) |
| 08/24/2007 |  | Judge Joseph L. Tauro : Electronic ORDER entered denying 56 Motion for Reconsideration (Lovett, Zita) (Entered: 08/24/2007) |
| 08/27/2007 | 60 | NOTICE OF APPEAL as to Order on Motion for Reconsideration, 55 Judgment by AGA Fishing Group Limited NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 9/17/2007. (Abromovitz, Joseph) (Entered: 08/27/2007) |
| 08/28/2007 |  | Filing fee: $ 455.00, receipt number 82063 for 60 Notice of Appeal, (Abaid, Kimberly) (Entered: 08/29/2007) |