# United States Court of Appeals
## For the First Circuit

No. 07-2408

AGA FISHING GROUP LIMITED,

Plaintiff, Appellant,

v.

BROWN & BROWN, INC., ET AL.,

Defendants, Appellees.

**JUDGMENT**

Entered: July 10, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment in favor of Defendants is affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Ms. Pastori, Mr. Abromovitz, & Mr. Stone.