# MANDATE United States Court of Appeals
## For the First Circuit

*05-11396*
*USDC MA*
*Tauro, J.*

No. 07-2408

AGA FISHING GROUP LIMITED,

Plaintiff, Appellant,

v.

BROWN & BROWN, INC., ET AL.,

Defendants, Appellees.

## JUDGMENT

Entered: July 10, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment in favor of Defendants is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 8/19/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Ms. Pastori, Mr. Abromovitz, & Mr. Stone.